1  Howard J. Russell, Esq.
Nevada Bar No. 8879
2  hrussell@wwhgd.com
Sebastian Cribari, Esq.
3  Nevada Bar No. 15888
scribari@wwhgd.com
4  WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
5  6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada  89118
6  Telephone:  (702) 938-3838
Facsimile:  (702) 938-3864
7
*Attorneys for Defendant*
8  *United States Liability Insurance Company*

9

10                **UNITED STATES DISTRICT COURT**

11                   **DISTRICT OF NEVADA**

12

13  JAMES TODD, an Individual; and RAPHAELA    Case No.:  2:22-cv-02145-JAD-DJA
TODD, an Individual,
14
                                             
15            Plaintiff,                     **STIPULATION AND ORDER TO**
                                             **EXTEND DEFENDANT UNITED STATES**
16  vs.                                      **LIABILITY INSURANCE COMPANY'S**
                                             **TIME TO RESPOND TO COMPLAINT**
17
UNITED STATES LIABILITY INSURANCE          **(FIRST REQUEST)**
18  COMPANY,      a     Nebraska    Company;
BRECKENRIDGE INSURANCE SERVICES
19  LLC, a California Limited Liability Company;
DORN, INC. dba DORN INSURANCE
20  SERVICES, a Nevada Corporation; DENNIS
DEAN DORN aka D. DEAN DORN aka DEAN
21  DORN, an Individual; DOES I through X; and
ROE CORPORATIONS I through X, inclusive
22
23            Defendants.

24

25        Plaintiffs James Todd and Raphaela Todd ("Plaintiffs") and Defendant United States

26  Liability Insurance Company ("USLIC") jointly stipulate that USLIC's time to respond to Plaintiffs'

27  Complaint is extended until **January 10, 2023**. This is the first extension of time of USLIC's

28  deadline to respond to the Complaint.

Page 1 of 2

1    The Parties hereto preserve and do not waive any objections or defenses by this Stipulation.

2    **IT IS SO STIPULATED, this 30th day of December, 2022.**

3

4    */s/ Howard J. Russell*                          */s/ Brian Blankenship*
     Howard J. Russell, Esq.                          Sean K. Claggett
     Sebastian Cribari, Esq.                          Brian Blankenship
5    WEINBERG, WHEELER, HUDGINS,                      CLAGGETT & SYKES LAW FIRM
        GUNN & DIAL, LLC                              4101 Meadows Lane, Ste. 100
6    6385 South Rainbow Boulevard, Suite 400          Las Vegas, Nevada 89107
     Las Vegas, NV  89118                             *Attorneys for Plaintiffs*
7    *Attorneys for Defendant*
8    *United States Liability Insurance Company*

9

10   IT IS SO ORDERED.  However, the Court reminds the parties that pursuant to LR IA
     6-1, any future request must state the reasons for the extension requested.
11   Additionally, under that same rule, any request must cite excusable neglect if the
     deadline at issue has passed.
12

13   DATED:  January 4, 2022

14

15   _____

16   DANIEL J. ALBREGTS
     UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28