**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MARC S. CWIK
Nevada Bar No. 006946
Marc.Cwik@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

*Attorneys for Defendants DORN, INC. dba DORN INSURANCE SERVICES; DENNIS DEAN DORN aka D. DEAN DORN aka DEAN DORN*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES TODD, an Individual; and RAPHAELA TODD, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY, a Nebraska Company; BRECKENRIDGE INSURANCE SERVICES LLC, a California Limited Liability Company; DORN, INC. dba DORN INSURANCE SERVICES, a Nevada Corporation; DENNIS DEAN DORN aka D. DEAN DORN aka DEAN DORN, an Individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02145<br><br>**STIPULATION AND ORDER TO ENLARGE DUE DATE FOR REPLY BRIEF IN SUPPORT OF DEFENDANTS DORN, INC. dba DORN INSURANCE SERVICES AND DENNIS DEAN DORN aka D. DEAN DORN aka DEAN DORN'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]**<br><br>ECF No. 30 |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiffs JAMES TODD and RAPHAELA TODD and Defendants DORN, INC. dba DORN INSURANCE SERVICES; DENNIS DEAN DORN aka D. DEAN DORN aka DEAN DORN (collectively, the "Dorn Defendants"), through their respective counsel, stipulate to extend the time for the Dorn Defendants to file their Reply brief in support of

92099690.1                                                                                                  Case No. 2:22-cv-02145

their Motion to Dismiss First Amended Complaint (hereinafter "Reply"), currently due March 21, 2023, to up to and including **April 7, 2023**.

This is the first request to extend the time to file the Reply since all of the parties set a specific briefing schedule for all pending motions. *See* ECF No. 23. This stipulation has been reached due to multiple commitments currently on the calendar of counsel for the Dorn Defendants' during the second half of March 2023, which includes a SLAPP motion hearing related to another case, a Ninth Circuit Court of Appeals brief related to another case, and an out-of-state trip related to a personal matter.

This Stipulation is made for good cause and not for the purposes of delay. Nothing contained in this Stipulation shall be deemed a waiver of any right belonging to any party hereto.

DATED this 20th day of March, 2023.　　　DATED this 20th day of March, 2023.

CLAGGETT & SYKES LAW FIRM　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Brian Blankenship*　　　*/s/ Marc S. Cwik*
SEAN K. CLAGGETT　　　MARC S. CWIK
Nevada Bar No. 008407　　　Nevada Bar No. 006946
BRIAN BLANKENSHIP　　　6385 S. Rainbow Boulevard, Suite 600
Nevada Bar No. 011522　　　Las Vegas, Nevada 89118
SCOTT E. LUNDY　　　Tel. 702.893.3383
Nevada Bar No. 014235
4101 Meadows Lane, Suite 100　　　*Attorneys for Defendants DORN, INC. dba*
Las Vegas, NV 89107　　　*DORN INSURANCE SERVICES; DENNIS*
　　　*DEAN DORN aka D. DEAN DORN aka DEAN*
*Attorneys for Plaintiffs*　　　*DORN*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 3-20-23



92099690.1　　　2　　　Case No. 2:22-cv-02145